1  Jared T. Walker (Cal. SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorneys for Plaintiff,
   ALEJANDRO GONZALEZ, JR.
6

7                    IN THE UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9  ALEJANDRO GONZALEZ, JR.          Case No.: 4:16-cv-05310-KAW

10         Plaintiff,
                                    STIPULATION FOR FIRST 30 DAY
11         v.                       EXTENSION FOR PLAINTIFF TO FILE
                                    OPENING BRIEF
12 NANCY A. BERRYHILL,
   Commissioner of Social Security,
13
           Defendant.
14

15

16         IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days until

18 April 19, 2017.  This is Plaintiff's first request for an extension of time.  Despite due diligence,

19 Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current

20 scheduling order due to counsel's current workload which has involved conflicting deadlines in

21 unrelated matters.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

| | | |
|---|---|---|
| 1 | Dated: March 17, 2017 | Respectfully submitted, |
| 2 | | /s/ *Jared T. Walker* |
| 3 | | Jared T. Walker,<br>Attorney for Plaintiff |
| 4 | SO STIPULATED: | |
| 5 | | BRIAN J. STRETCH<br>Acting United States Attorney |
| 6 | | |
| 7 | Dated: March 17, 2017 | By:   /s/ */s/ Tina L. Naicker*<br>(**authorized by e-mail on 3/17/2017*) |
| 8 | | Tina L. Naicker<br>Special Assistant United States Attorney |
| 9 | | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated:  3/24/17

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge